JENNIE G. WALTER et al., as Executors of ABRAHAM WALTER, Deceased, Appellants, *v.* NOVA REALTY COMPANY, Respondent, Impleaded with Others.

*Walter* v. *Nova Realty Co.,* 160 App. Div. 400, affirmed.
(Argued January 7, 1915; decided January 26, 1915.

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 7, 1914, modifying and affirming as modified a judgment in favor of plaintiffs entered upon a decision of the court on trial at Special Term in an action to foreclose mortgages upon real property.

*Samuel Levy* and *Reuben Rodecker* for appellants.

*William B. Symmes, Jr.,* and *David T. Davis* for respondent.

HOGAN, J. The appeal in the above-entitled action was argued with the appeal in Joseph Metzger, appellant, against the same defendants, and involved the questions determined in that action. For the reason stated in the opinion in the case of Metzger against the same defendants (214 N. Y. 26) the judgment of the Appellate Division in this case should be affirmed, with costs.

WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, COLLIN, MILLER and CARDOZO, JJ., concur.

Judgment affirmed.